IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONY ASBERRY,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>A.K. SCRIBNER,<br><br>　　　　　　　　　　Respondent. | 1:05-cv-00871-AWI-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME (Doc. 7); ORDER GRANTING RESPONDENT UNTIL JULY 18, 2007 TO FILE A RESPONSE** |

　　　　On March 19, 2007, the Court ordered Respondent to file a response. (Doc. 6). On June 18, 2007, Respondent filed the instant application for additional time to respond, citing the press of other cases as grounds for the extension. (Doc. 7). .

　　　　GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's application for extension of time (Doc. 7), is GRANTED. Respondent has thirty (30) days, up to and including July 18, 2007, to complete and serve the response to Petitioner's petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:　**June 18, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1